# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### ABERDEEN DIVISION

**JUDY BOUCHILLON, Individually, and**                                                    **PLAINTIFF**
**on behalf of the Statutory Wrongful Death**
**Beneficiaries of Jim Bouchillon, Deceased;**
**and as Personal Representative of the**
**Estate of Jim Bouchillon**

**V.**                                                    **NO. 1:14-CV-00135-DMB-DAS**

**SAME DEUTZ-FAHR, GROUP; SAME**
**DEUTZ-FAHR NORTH AMERICA,**
**INC.; DEUTZ AG; and SAME DEUTZ-**
**FAHR DEUTSCHLAND, GMBH, d/b/a as**
**SAME Deutz-Fahr Germany**                                                    **DEFENDANTS**

## ORDER

On November 9, 2016, trial in this matter was set for February 6, 2017, in Greenville, Mississippi. On November 22, 2016, the parties filed a "Joint Motion for Continuation of Trial Date and Transfer of Trial Setting," requesting that trial be continued and reset in Aberdeen, Mississippi. Doc. #208. On December 12, 2016, this Court issued an order granting the motion to the extent it sought a continuance and deferred the motion to the extent it sought a setting in Aberdeen. Doc. #216.

On July 21, 2017, following the issuance of a ruling on pending dispositive motions,[1] the Court reset trial in this matter for December 4, 2017, in Aberdeen. Doc. #233. Because trial has been reset for Aberdeen, the parties' request in the motion to transfer trial to Aberdeen [208], which this Court previously deferred, is **DENIED as moot**.

---

[1] On January 14, 2016, United States Magistrate Judge David A. Sanders stayed discovery in this case pending resolution of the motion to dismiss for lack of personal jurisdiction filed by SAME Deutz-Fahr Deutscfhland, GmbH. Doc. #147. On July 14, 2016, Judge Sanders, acting on a joint motion of the parties, partially lifted the stay on discovery in order to allow depositions of certain fact witnesses. Doc. #190.

**SO ORDERED**, this 24th day of July, 2017.

/s/Debra M.  Brown
**UNITED STATES DISTRICT JUDGE**